UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   **CV 23-9475-MWF(PVCx)** | Date:  April 28, 2025 |
| Title   ***Lihong Weng v. Alejandro Mayorkas, et al.*** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

Pursuant to the parties' Stipulation to Stay Case (Docket No. 11), the Court stayed this case pending adjudication of Plaintiff's application. (Order, Docket No. 12).  Pursuant to the Order, this matter was stayed until April 28, 2025.

On April 25, 2025, Plaintiffs filed a Notice of Mootness of Action.  (Notice, Docket No. 13).  The government states that it sent a notice of adjudication of Plaintiff's asylum application to Plaintiff via email on April 21 and 24, 2025.  (Declaration of Christopher B. Buchanan at ¶ 7).

The Court now **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed.  In response to this Order to Show Cause, the Court will accept written objection from Plaintiff setting forth any reasons why this action should not be dismissed.  Any objection must be filed by **MAY 16, 2025.**  If no response is filed by **MAY 16, 2025**, the action will be dismissed without prejudice.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.